IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | No. 1:23-cv-00036 |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil, | : | (electronically filed) |
|     Defendants | : | JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE EARLY NEUTRAL EVALUATION**

Plaintiff, Randy J. Spencer, and Defendants, Matt McSparren, Bob Betzold, Fred Buckholz, Regina Deloe, Township of Cranberry and Eric Heil file this Joint Motion for Extension of Time, and in support thereof respectfully avers:

1. This Honorable Court issued a scheduling Order requiring the parties to complete the ADR Process on or before August 7, 2023.

2. Due to scheduling conflicts and the complexity of this case, the parties are requesting an extension to complete the Early Neutral Evaluation.

3. Therefore, the parties respectfully request an additional forty-five (45) days to complete with Early Neutral Evaluation.

4. Both Plaintiff and Defendants concur in the requested extension.

WHEREFORE, the parties respectfully request that this Honorable Court grant the requested extension for forty-five (45) days or until September 23, 2023, for the parties to complete the Early Neutral Evaluation.

                                        Respectfully submitted,

                                        Lavery Law

DATE: August 7, 2023          By: /s/ Andrew W. Norfleet
                                        Andrew W. Norfleet, Esquire
                                        225 Market Street, Suite 304
                                        P.O. Box 1245
                                        Harrisburg, PA 17108-1245
                                        (717) 233-6633 (telephone)
                                        (717) 233-7003 (facsimile)
                                        Atty No. PA 83894
                                        anorfleet@laverylaw.com
                                        Attorney for Defendants

DATE: August 7, 2023          By: /s/ Timothy D. McNair, Esquire
                                        Timothy D. McNair, Esquire
                                        821 State Street
                                        Erie, PA  16501
                                        (814) 452-0700 (telephone)
                                        (814) 454-2371 (facsimile)
                                        Atty No. PA34304
                                        tmcnair@mcnairlaw.com
                                        Attorney for Plaintiff Randy J. Spenser