# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer,  | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | No. 1:23-cv-00036 |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil, | : | (electronically filed) |
|     Defendants | : | JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of the within Joint Motion for Extension of Time to Complete Early Neutral Evaluation, IT IS HEREBY ORDERED AND DECREED, that said Motion is GRANTED.  Early Neutral Evaluation in this matter shall be held on or before September 23, 2023.

BY THE COURT,

_____

J.