# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | No. 1:23-cv-00036 |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil, | : | (electronically filed) |
|     Defendants | : | JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of the within Joint Motion for Extension of Time to Complete Early Neutral Evaluation, IT IS HEREBY ORDERED AND DECREED, that said Motion is GRANTED. Early Neutral Evaluation in this matter shall be held on or before November 7, 2023.

IT IS FURTHER ORDERED AND DECREED that the Case Management Deadlines are extended by ninety (90) days as follows:

| | |
|---|---|
| Fact Discovery | January 8, 2024[1] |
| All further Court Deadlines | TBD |

IT IS FURTHER ORDERED AND DECREED that the post-fact discovery status conference scheduled for October 13, 2023 is cancelled and will be rescheduled by the Court.

BY THE COURT,

_____
J.

---

[1] All interrogatories, depositions and requests for admissions and/or production of documents shall be served within sufficient time to allow responses to be completed prior to the close of discovery.