IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RANDY J. SPENCER                                )
                                                )
                                                )
                                                )
           Plaintiff(s)                         )
     v.                                         )   Civil Action No.  1:23-cv-00036-SPB
MATT McSPARREN, BOB BETZOLD,                    )
FRED BUCKHOLTZ, REGINA DELOE,                   )
TOWNSHIP OF CRANBERRY, and                      )
ERIC HEIL                                       )
           Defendant(s)                         )

## REPORT OF NEUTRAL

A  Early Neutral Evalation  session was held in the above captioned matter on  11/06/2023  .

The case (please check one):
 _____ has resolved
 _____ has resolved in part (see below)
   X   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____

Dated:  11/14/23                    _____
                                    Signature of Neutral

Rev. 09/11