IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>    Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD,<br>FRED BUCKHOLTZ, and REGINA<br>DELOE, ERIC HEIL, and TOWNSHIP<br>OF CRANBERRY<br>    Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, to-wit this _____ day of December, 2023, upon consideration of Second Joint Motion to Extend Case Management Deadline, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended sixty (60) days as follows:

    Fact Discovery:                          March 8, 2023

    All other deadlines:                   TBD

It is further ORDERED that the post-fact discovery status conference scheduled for January 11, 2024, is cancelled and will be rescheduled by the Court.

                                                BY THE COURT,

                                                _____

                                                Susan Paradise Baxter, J. J.