IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>    Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD,<br>FRED BUCKHOLTZ, and REGINA<br>DELOE, ERIC HEIL, and TOWNSHIP OF<br>CRANBERRY<br>    Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

NOW COMES the Plaintiff, Randy J. Spencer and Defendants Matt McSparren, Bob Betzold, Fred Buckholz, Regina Deloe, Township of Cranberry, and Eric Heil and file this Joint Motion to Extend Case Management Deadlines, respectfully representing:

1. On December 29, 2023, this Honorable Court entered a text Order extending the deadline for the close of discovery until March 9, 2024.

2. Plaintiff and Defendant are requesting an additional ninety (90) days to complete discovery in this case.

3. This case involves years of past litigation between the parties. Therefore, the extension is necessary to secure documents, identify witnesses, and to substantiate claims and defenses asserted by the parties.

4. Plaintiff and Defendants agree to this Motion.

5. The parties do not anticipate the need for an additional extension of time to complete fact discovery.

6. Neither party will be harmed if the requested extension is granted.

7. The parties have attached a proposed Order.

WHEREFORE, Plaintiff and Defendants respectfully request this Honorable Court grant the requested extension to complete discovery and extend the current Case Management deadlines by ninety (90) days.

                                                                              RESPECTFULLY SUBMITTED,

DATE: March 5, 2024                                    McNair Law Office, PLLC

                                                                              S/Timothy D. McNair, Esquire
Timothy D. McNair, Esquire
821 State Street
Erie, PA  16501
(814)452-0700 (telephone)
(814)4542371 (facsimile)
Atty. No. PA  34304
tmcnair@mcnairlaw.com
Attorney for Plaintiff Randy J. Spencer

Lavery Law

S/Andrew W. Norfleet, Esquire
Andrew W. Norfleet, Esquire
225 Market Street, Ste. 304
Harrisburg, PA  17101
(717)233-6003 (telephone)
(717)233-7003 (facsimile)
Atty No. PA  83894
anorfleet@laverylaw.com
Attorney for Defendants

.

2