IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>    Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, and REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY<br>    Defendants | : Docket No. 1:23-cv-00036-SPB<br>:<br>: *Electronically Filed*<br>:<br>:<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED** |

## **ORDER**

AND NOW, this _____ day of March, 2024, upon consideration of Joint Motion to Extend Case Management Deadlines, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended ninety (90) days as follows:

    Fact Discovery:                    June 9, 2024

    All other deadlines:             TBD

It is further ORDERED that the post-fact discovery status conference scheduled for March 15, 2024, is cancelled and will be rescheduled by the Court.

                                                    BY THE COURT,

                                                     _____
                                                                          J.