# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil | : | No. 1:23-cv-00036 |
|     Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Andrew W. Norfleet, Esquire, on behalf of Defendants, Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil, relative to the above-referenced matter.

                                                        Respectfully submitted,

                                                        **Lavery Law**

Date: April 15, 2024                         */s/ Andrew W. Norfleet*
                                                      Andrew W. Norfleet, Esquire
                                                        Atty. I.D. # 83894
                                                        225 Market Street, Suite 304
                                                        Harrisburg, PA 17101-2126
                                                        (717) 233-6633 (telephone)
                                                        (717) 233-7003 (facsimile)
                                                        anorfleet@laverylaw.com
                                                        *Attorney for Defendants Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil*

## **CERTIFICATE OF SERVICE**

I, Dori Docherty do hereby certify that on April 15, 2024, I served a true and correct copy of the foregoing Withdrawal of Appearance via the Court's ECF System on all counsel of record.

*/s/ Dori Docherty*
Dori Docherty
Paralegal

This document has also been electronically filed and is available for viewing and downloading from the ECF system.