IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>　　　Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD,<br>FRED BUCKHOLTZ, and REGINA<br>DELOE, ERIC HEIL, and TOWNSHIP<br>OF CRANBERRY<br>　　　Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, to-wit this _____ day of June, 2024, upon consideration of Third Joint Motion to Extend Case Management Deadlines, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended sixty (60) days as follows:

　　Fact Discovery:　　　　　　　　August 9, 2024

　　All other deadlines:　　　　　　TBD

It is further ORDERED that the post-fact discovery status conference scheduled for June 13, 2024, is cancelled and will be rescheduled by the Court.

　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　Susan Paradise Baxter, J.