IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>　　Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, and REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY<br>　　Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, to-wit this 12th day of June, 2024, upon consideration of Third Joint Motion to Extend Case Management Deadlines, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended sixty (60) days as follows:

　　Fact Discovery:　　　　　　　August 9, 2024

It is further ORDERED that the telephonic post-fact discovery status conference scheduled for June 13, 2024, is canceled and rescheduled for August 9, 2024 at 1:30 p.m. Parties are directed to contact the Court by calling (814) 400-5033 and using conference ID code 136 238 296# at the time of the scheduled conference.

　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　*Susan Paradise Baxter*

　　　　　　　　　　　　　　　　Susan Paradise Baxter, J.