IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER, | : |
| | : Docket No. 1:23-cv-00036-SPB |
| Plaintiff, | : |
| v. | : *Electronically Filed* |
| | : |
| MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, and REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY | : JURY TRIAL DEMANDED |
| Defendants. | : |

## **PROPOSED ORDER**

AND NOW, to-wit this _____ day of August, 2024, upon consideration of the Joint Motion to Extend Case Management Deadlines, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended and modified as follows:

a. Fact discovery will close on October 9, 2024;

b. Plaintiff's responses to discovery are due by September 9, 2024;

c. Plaintiff must appear for deposition by September 23, 2024 after responding to Defendants' discovery;

d. Defendants shall appear for deposition before October 4, 2024; and

e. All other deadlines are to be determined.

It is further ORDERED that the telephonic post-fact discovery status conference scheduled for August 9, 2024, is canceled and rescheduled for _____ _____, 2024 at _____ a.m./p.m.  Parties are directed to contact the Court by calling (814) 400-

5033 and using conference ID code _____# at the time of the scheduled conference.

                        BY THE COURT

                        _____
                                                 J.