IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER, | : |
| | : Docket No. 1:23-cv-00036-SPB |
| Plaintiff, | : |
| | : |
| v. | : *Electronically Filed* |
| | : |
| MATT MCSPARREN, BOB BETZOLD, | : JURY TRIAL DEMANDED |
| FRED BUCKHOLTZ, and REGINA | : |
| DELOE, ERIC HEIL, and TOWNSHIP OF | : |
| CRANBERRY | : |
| | : |
| Defendants. | |

## **ORDER**

AND NOW, to-wit this 9th day of August, 2024, upon consideration of the Joint Motion to Extend Case Management Deadlines, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended and modified as follows:

a. Fact discovery will close on October 9, 2024;

b. Plaintiff's responses to discovery are due by September 9, 2024;

c. Plaintiff must appear for deposition by September 23, 2024 after responding to Defendants' discovery;

d. Defendants shall appear for deposition before October 4, 2024; and

e. All other deadlines are to be determined.

It is further ORDERED that the telephonic post-fact discovery status conference is scheduled for October 10, 2024 at 2:30 p.m. Parties are directed to contact the Court by calling (814) 400-5033 and using conference ID code 136 238 296# at the time of

of the scheduled conference.

BY THE COURT

*Susan Paradise Baxter*
J.