# EXHIBIT A



225 Market Street, Suite 304
Harrisburg, PA 17101-2126
**PHONE:** 717-233-6633
**FAX:** 717-233-7003
flavery@laverylaw.com
www.laverylaw.com

April 29, 2024

*Via Email:* tmcnair@mcnairlaw.com

Timothy D. McNair, Esquire
Law Office of Timothy D. McNair
821 State Street
Erie, PA 16501

      **RE:**    **Spencer, Randy J. v. Matt McSparren, et al**
              **Docket No. 1:23-CV-00036**
              **Claim No. 10167940**
              **Our File No. 2330-8563**

Dear Mr. McNair:

      Please find enclosed Defendant's Response to Plaintiff's First Request for Production of Documents Directed to Defendant Township of Cranberry.

      Additionally, as you aware our current discovery deadline is June 10, 2024. In light of this, I also write to follow up on Defendants First Set of Interrogatories and Defendants First Requests for Production of Documents; and would like to confer with you on your client's availability for a deposition next month.

      Thank you for your attention. I look forward to hearing from you.

                                          Very truly yours,

                                          */s/ Frank J. Lavery*
                                          Frank J. Lavery, Esquire

FJL/alp
Enclosure