# EXHIBIT D

| | |
|---|---|
| **From:** | Justin A. Zimmerman |
| **To:** | Michelle R. Principato |
| **Cc:** | tmcnair@mcnairlaw.com; ashley@mcnairlaw.com |
| **Subject:** | RE: Spencer v. McSparren, et al. |
| **Date:** | Wednesday, August 7, 2024 3:13:00 PM |
| **Attachments:** | image003.png |
| | image004.png |
| | image006.png |
| | Joint Motion to Extend Case Management Deadlines 3-5-24.docx |
| | Proposed Order for Joint Motion to Extend Case Management Deadlines 3-5-24.docx |

Thank you Attorney McNair. Please find attached a draft motion. I don't think we can build into this a contingency based on the August 27 hearing, but I can say we will not object if following the hearing you move to withdrawal from the case.

As to our discovery responses, I will take a look at them next week and we can reconvene if that is acceptable to you.

Please let me know your thoughts on the attached draft motion and we'll get it filed.

Thanks,

**Justin A. Zimmerman, Esquire**
**Lavery Law**
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
Phone: 717.233.6633
Fax: 717.233.7003
Email: jzimmerman@laverylaw.com
Web: www.laverylaw.com

---

**From:** Michelle R. Principato <MPrincipato@laverylaw.com>
**Sent:** Wednesday, August 7, 2024 2:24 PM
**To:** Justin A. Zimmerman <JZimmerman@laverylaw.com>
**Cc:** tmcnair@mcnairlaw.com; ashley@mcnairlaw.com
**Subject:** FW: Spencer v. McSparren, et al.

Justin:

Please see the message below from Mr. McNair, in response to the letter sent to him today in the *Spencer* matter.

Thank you,

Michelle Principato

Legal Administrative Assistant to
Murray J. Weed, Esquire
Justin A. Zimmermin, Esquire

225 Market Street, Suite 304
Harrisburg, PA 17101-2126
Phone: 717.233.6633
Fax: 717.233.7003
Email: mprincipato@laverylaw.com
Web: www.laverylaw.com





**This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges; and is otherwise protected from disclosure under applicable law. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

**From:** Timothy McNair <tmcnair@mcnairlaw.com>
**Sent:** Wednesday, August 7, 2024 2:20 PM
**To:** Michelle R. Principato <MPrincipato@laverylaw.com>
**Cc:** Ashley Rutter <ashley@mcnairlaw.com>
**Subject:** FW: Spencer v. McSparren, et al.

Please advise Mr. Zimmerman that I sent him this email this morning. If he wants to do the motion, fine. If he wants me to do it, I will ask for 60 days past the confirmation of my authority to represent the bankruptcy estate.

Tim

**TIMOTHY D. MCNAIR, ESQUIRE**
**McNair Law Offices, PLLC**
ATTORNEYS AND COUNSELORS AT LAW
821 STATE STREET
ERIE, PENNSYLVANIA 16501-1316

**P: (814) 452-0700**
**F: (814) 454-2371**