# EXHIBIT F

| | |
|---|---|
| **From:** | Justin A. Zimmerman |
| **To:** | Timothy McNair |
| **Cc:** | Ashley Rutter |
| **Subject:** | RE: Spencer v. Cranberry Township, et al |
| **Date:** | Friday, August 9, 2024 10:50:00 AM |
| **Attachments:** | image001.png |

Understood. Thank you. I've already expressed the willingness to take a look at Defendants' discovery responses. I am glad it seems we were able to resolve the issues with Plaintiff's discovery responses.

**From:** Timothy McNair <tmcnair@mcnairlaw.com>
**Sent:** Friday, August 9, 2024 10:46 AM
**To:** Justin A. Zimmerman <JZimmerman@laverylaw.com>
**Cc:** Ashley Rutter <ashley@mcnairlaw.com>
**Subject:** Spencer v. Cranberry Township, et al

Mr. Zimmerman:

Attached is the Motion to Compel we will be filing today if this is not resolved by 2PM.

Tim McNair

**TIMOTHY D. MCNAIR, ESQUIRE**

**McNair Law Offices, PLLC**
ATTORNEYS AND COUNSELORS AT LAW
821 STATE STREET
ERIE, PENNSYLVANIA 16501-1316

P: (814) 452-0700
F: (814) 454-2371
Toll Free: (800) 453-0566
www.mcnairlaw.com

**"The service you do for others is the rent you pay for your room here on earth."**
                                                                **Muhammad Ali**