## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil | : | No. 1:23-cv-00036 |
|     Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

## **ENTRY OF APPEARANCE**

Please enter the appearance of Andrew W. Norfleet, Esquire, on behalf of Defendants, Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil, relative to the above-referenced matter.

Respectfully submitted,

**Lavery Law**

Date: August 28, 2024

*/s/ Andrew W. Norfleet*
Andrew W. Norfleet, Esquire
Atty. I.D. # 83894
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
anorfleet@laverylaw.com
*Attorney for Defendants Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil*

## **CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee of Lavery Law, do hereby certify that on August 28, 2024, I served a true and correct copy of the foregoing Entry of Appearance via the Court's ECF System on all counsel of record.

*/s/ Aimee L. Paukovits*
Aimee L. Paukovits,
Senior Legal Assistant

This document has also been electronically filed and is available for viewing and downloading from the ECF system.