IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>    Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, and REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY<br>    Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES the Plaintiff, Randy J. Spencer, by counsel, in Response to Defendants' Answer to Plaintiff's Motion, respectfully represents:

1. Attached as Exhibit A please find the complete email chain of August 6, 2024.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant his Motion to Compel.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: */s/Timothy D. McNair*

    Timothy D. McNair, Esquire
    821 State Street
    Erie, PA 16501
    (814) 452-0700
    (814) 454-2371 (fax)
    tmcnair@mcnairlaw.com