IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| Randy J. Spencer,<br>      Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | No. 1:23-cv-00036 |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil<br>      Defendants | : | (electronically filed)<br><br>JURY TRIAL DEMANDED |

## SUGGESTION OF DEATH

Defendants' Counsel, Lavery Law, notes that on September 10, 2024, counsel was advised of the death of Fred P. Buckholtz on December 16, 2023. Attached hereto as Exhibit "A" is a true and correct copy of Defendant Buckholtz's Obituary which identifies potential successors.

Date: September 18, 2024            Respectfully submitted,

**Lavery Law**

By: */s/ Frank J. Lavery, Jr.*
Frank J. Lavery, Jr., Esquire
Atty No. PA42370
Andrew W. Norfleet, Esquire
Atty. No. PA83894
Justin A. Zimmerman, Esquire
Atty. No. PA319586
225 Market Street, Suite 304
Harrisburg, PA 17101-2126

(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
flavery@laverylaw.com
anorfleet@laverylaw.com
jzimmerman@laverylaw.com
*Attorney for Defendants Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil*

## CERTIFICATE OF SERVICE

I, Michele Principato, an employee of Lavery Law, do hereby certify that on September 18, 2024, I served a true and correct copy of the foregoing Suggestion of Death via the Court's ECF System on all counsel of record.

*/s/ Michelle Principato*
Michelle Principato
Legal Assistant

This document has also been electronically filed and is available for viewing and downloading from the ECF system.