# Exhibit A

# Hile-Best Funeral Home Inc. (/)

HOME PAGE (/)



Official Obituary of

# Fred P. "Sonny" Buckholtz

July 25, 1937 ~ December 16, 2023 (age 86)

23 New Posts

  23 Trees, Flowers, or Condolences have been shared with support of Fred's family - **View on Tribute Wall**

Plant a Tree (/obituary/Fred-Buckholtz/1075599/memorial-tree)

Share a Memory

Obituary & Services                                    Tribute Wall

Fred Buckholtz Obituary



    Fred P. "Sonny" Buckholtz, 86, of Seneca, a beloved husband, father, grandfather, and great grandfather and a dedicated pillar of the local community, passed away peacefully at UPMC Northwest on Saturday afternoon, December 16, 2023, surrounded by his loving family, following a brief illness.

    He was born in Pittsburgh on July 25, 1937, to the late Fred William and Anna Irene (Wessel) Buckholtz.

    Fred graduated from Cranberry High School in 1956. He then enlisted and served in the United States Army from 1957 through 1959, stationed in Germany.

    He was a faithful lifetime member of St. Stephen Catholic Church, part of St. Joseph Parish in Oil City.

    Community service was important to Fred, who served 36 years as an elected supervisor for Cranberry Township, served on the Venango County 4-H Fair Board, was active on the Parks and Recreation committee for Cranberry Township for 39 years, and served as the Township's emergency coordinator.

    Fred enjoyed being a scout leader with Boy Scout Troop 111 for 58 years, where he helped over 100 young men earn their Eagle Scout award, including his four sons and grandsons.

    Sonny also served on the Cranberry Area School District school board, was active with the Seneca Volunteer Fire Department (and Fire Police) for 28 years, and was a founding member of the Cranberry Area Little League. Sonny and his wife Judy delivered Meals on Wheels together for many years.

Plant a Tree (https://www.hilebest.com/store/memorial-tree

He enjoyed hunting, fishing, camping, trains, jigsaw puzzles, and attending his grandchildren's activities. He loved the tradition of being together with his family on the stream for the first day of trout. Canadian fishing trips and hunting out west with family and friends were a passion he loved to share.

Fred was employed as an agent with American General Insurance Company. He retired from American General as a staff manager in 1996.

He was married in St. Stephen Church in Oil City on May 30, 1960, to the love of his life, Judy A. (Fasenmyer), and she survives. They celebrated 63 years of marriage together, always winning the "longest married couples" dance at family weddings.

Also surviving are four sons, Michael Buckholtz and his wife Robin of South Carolina, Jeffrey Buckholtz and his wife Julie of Franklin, Douglas Buckholtz and his wife Shelly of State College, and Joseph Buckholtz and his wife Rhonda of Seneca; his grandchildren: Sarah Buckholtz, Jacob Buckholtz and wife Samantha, Benjamin Buckholtz, and wife Jessica, Garrett Buckholtz and wife Penny, Gavin Buckholtz and wife Sarah, Genna Wilson and husband Cody, Ryan Buckholtz, and wife Katie, Darren Buckholtz and wife Jennifer, Kayla Loll and husband Justin, Jessica Buckholtz, and husband Josh Steiner; and eleven great-grandchildren: Weston, Brice, Madison, Adelynn, Abbott, Ayda, Carter, Emileigh, Jack, Jace, and Austyn. Numerous nieces and nephews also survive Fred.

In addition to his parents, he was preceded in death by his sister and her husband, Juanita and Robert Perry.

Visitation will be held Wednesday (December 20th) from noon - 3:00 pm and 6:00 pm - 9:00 pm and on Thursday (December 21) from 11:00 am - 1:00 pm. in Hile-Best Funeral Home, 2781 Rte. 257 in Seneca. A funeral service will be held in the funeral home Thursday at 1:00 pm. The V.E.T.S. Honor Guard will accord military honors at the conclusion of the service. The interment will be in Heckathorn Cemetery in Seneca.

In lieu of flowers, memorial contributions may be made to the Seneca Volunteer Fire Department, P.O. Box 272, Seneca, PA 16346; the Venango County 4-H Fair, 867 Mercer Road, Franklin, PA 16323; or to the American Cancer Society, P.O. Box 6704, Hagerstown, MD 21741.

Plant a Tree (/obituary/Fred-Buckholtz/1075599/memorial-tree)

# To express online condolences to Fred's family, visit www.hilebest.com

To send flowers (/obituary/Fred-Buckholtz/sympathy-landing) to the family or plant a tree (/obituary/Fred-Buckholtz/1075599/memorial-tree) in memory of Fred P. "Sonny" Buckholtz, please visit our floral store. (/obituary/Fred-Buckholtz/sympathy-landing)

0:00

**ORDER KEEPSAKE**

How did you know Fred P. "Sonny" Buckholtz?

| Family | Friend | Work | Other |

Help others honor Fred's memory

Share Obituary

---

# Services

Plant a Tree (/obituary/Fred-Buckholtz/1075599/memorial-tree)

You can still show your support by sending flowers directly to the family, or by planting a memorial tree in the memory of Fred P. "Sonny" Buckholtz

Plant a tree in memory of Fred (/obituary/Fred-Buckholtz/1075599/memorial-tree)

Image: djcodrin / FreeDigitalPhotos.net (http://www.freedigitalphotos.net/images/view_photog.php?photogid=982)

# Tribute Wall

**Share a Memory**

## Plant a tree in memory of Fred

An environmentally-friendly option

**Plant a tree**                 (/obituary/Fred-Buckholtz/1075599/memorial-tree)

  7 trees planted in memory of Fred

**There are 219 photos available in the gallery**

View All Gallery Uploads

**William McDevitt III**
December 21, 2023 7:15 PM

*Thank you for all you help me and the Seneca Fire Department. My Best repasts to you and your family. You were there when I was looking to see If I was doing right. Thank you for your Input. You were there when I needed someone, when I was working and could not be there at the fire or at an accident. You were watching out for me and the fire police. Sonney You are a great person. I hope more people follow your footsteps. Thank you for being my Lutentent for the Fire Police. See you some were again. William McDevitt III*
*William McDevitt III*



A Grove of 3 Memorial Trees was planted in memory of Fred P. "Sonny" Buckholtz

Plant a Tree (/obituary/Fred-Buckholtz/1075599/memorial-tree)

December 21, 2023 6:20 PM



A Grove of 3 Memorial Trees was planted in memory of Fred P. "Sonny" Buckholtz

Plant a tree (/obituary/Fred-Buckholtz/1075599/memorial-tree)

**Jim Wilson**

J

January 7, 2024 4:47 PM

Sonny ,was my scout leader a man I always looked up to he shaped so many boys into men from troop 111 . My time was back in the mid eighties nothing but fond memories of such a leader, my prayers and condolences to family.

**Comment**

**Dan and Joy Porter**

D

December 28, 2023 11:25 AM

Judy and Family,

I first met Fred (Sonny), through the Tippery Boy Scout Troop 111. He and Dick Hogue were very important Mentors to me! I ran into Sonny, occasionally, throughout my career with General Telephone Co./GTE/Verizon until I moved to Texas, in 1996. I was fortunate to talk to him briefly, when he attended the viewings of my Sister and her Husband, Peggy and Ron Roser. I know that you were long time friends of theirs! You have my most sincere sympathy and I hope that you can reflect back on the good times, while going through your grieving process.

Sincerely,

Dan & Joy Porter
Sanger, TX.

Plant a Tree (/obituary/Fred-Buckholtz/1075599/memorial-tree)  **Comment**

**D**

**David Burgdorfer**

December 20, 2023 8:05 PM

My deepest condolences to the entire family.

💬 **Comment**

**Display More**

Image: djcodrin / FreeDigitalPhotos.net (http://www.freedigitalphotos.net/images/view_photog.php?photogid=982)

© 2024 Hile-Best Funeral Home Inc.. All Rights Reserved. Funeral Home website by CFS (https://www.consolidatedfuneralservices.com) & TA (https://www.tributearchive.com) | Terms of Use (/terms-of-use) | Privacy Policy (/privacy-policy) | Accessibility (/accessibility)

Plant a Tree (/obituary/Fred-Buckholtz/1075599/memorial-tree)