IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA, ERIE DIVISION

| | | |
|---|---|---|
| RANDY J. SPENCER | : | Docket No. 1:23-cv-00036 SPB |
| | : | |
| Plaintiff, | : | |
| | : | Electronically Filed |
| v. | : | |
| | : | |
| MATT MCSPARREN, BOB BETZOLD | : | JURY TRIAL DEMANDED |
| FRED BUCKHOLTZ, REGINA DELOE | : | |
| ERIC HEIL and TOWNSHIP OF | : | |
| CRANBERRY | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF NON-CONCURRENCE

The undersigned counsel for Defendants certifies that he sought the concurrence of the Plaintiff's counsel in the foregoing Motion for Emergency Discovery Conference. Plaintiff does not concur with the request.

Respectfully submitted,

**Lavery Law**

By: /s/ *Andrew W. Norfleet*
Andrew W. Norfleet
Attorney No. 83894
Frank J. Lavery, Jr., Esquire
Attorney No. PA 42370
Justin A. Zimmerman, Esquire
Attorney No. PA 319586
225 Market Street, Suite 304
Harrisburg, PA 17101
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
flavery@laverylaw.com
anorfleet@laverylaw.com
jzimmerman@laverylaw.com
*Attorneys for Defendants*