IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA, ERIE DIVISION

| | | |
|---|---|---|
| RANDY J. SPENCER | : | Docket No. 1:23-cv-00036 SPB |
| | : | |
| Plaintiff, | : | |
| | : | Electronically Filed |
| v. | : | |
| | : | |
| MATT MCSPARREN, BOB BETZOLD FRED BUCKHOLTZ, REGINA DELOE ERIC HEIL and TOWNSHIP OF CRANBERRY | : : : : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## **ORDER OF COURT**

AND NOW, this _____ day of September, 2024, upon consideration of the Defendants' Emergency Motion for Discovery Conference, IT IS HEREBY ORDERED AND DECREED, that said Motion is GRANTED. An emergency discovery conference is scheduled for September _____, 2024 at ___ o'clock a.m./p.m. Counsel shall call the Court by using the following call-in information: _____.

                                                                               BY THE COURT,

                                                                                                    _____

                                                                                                                          J.