IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA, ERIE DIVISION

| | | |
|---|---|---|
| RANDY J. SPENCER | : | Docket No. 1:23-cv-00036 SPB |
| | : | |
| Plaintiff, | : | |
| | : | Electronically Filed |
| v. | : | |
| | : | |
| MATT MCSPARREN, BOB BETZOLD | : | JURY TRIAL DEMANDED |
| FRED BUCKHOLTZ, REGINA DELOE | : | |
| ERIC HEIL and TOWNSHIP OF | : | |
| CRANBERRY | : | |
| | : | |
| Defendants. | : | |

## ORDER OF COURT

AND NOW, this _____ day of September, 2024, upon consideration of Defendants and subsequent telephonic hearing which occurred on September ____, 2024, IT IS HEREBY ORDERED AND DECREED that:

1. Plaintiff is ordered to produce all nonprivileged documents which are responsive to Plaintiff's First Set of Interrogatories;

2. Plaintiff is ordered to produce a privilege log for all documents that Plaintiff asserts are privileged; and

3. Defendants' deadline to conduct Plaintiff's deposition is extended until _____.

BY THE COURT,

_____
J.