# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 1:23-cv-00036 |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred | : | |
| Buckholtz, Regina Deloe, Township | : | |
| Of Cranberry, and Eric Heil, | : | (electronically filed) |
| Defendants | : | JURY TRIAL DEMANDED |

## **ORDER OF COURT**

AND NOW, this _____ day of October, 2024, upon consideration of the within Motion, it is HEREBY ORDERED AND DECREED that the discovery deadline in this matter is continued until November _____, 2024, or, until this Court issues an order deciding the current discovery dispute, at which time the Court will issue new deadlines for completing pre-trial discovery.

BY THE COURT:

_____

J.