IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil, | : | No. 1:23-cv-00036 |
|     Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Justin A. Zimmerman, Esquire, on behalf of Defendants, Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil, relative to the above-referenced matter.

Date:  January 22, 2024

Respectfully submitted,

**Lavery Law**

*/s/ Justin A. Zimmerman*
Justin A. Zimmerman, Esquire
Atty. I.D. # 319586
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
jzimmerman@laverylaw.com
*Attorney for Defendants Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil*

## **CERTIFICATE OF SERVICE**

I, Michelle Principato do hereby certify that on January 22, 2025, I served a true and correct copy of the foregoing Withdrawal of Appearance via the Court's ECF System on all attorneys of record.

/s/ *Michelle Principato*
Michelle Principato
Legal Assistant

This document has also been electronically filed and is available for viewing and downloading from the ECF system.