# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY J. SPENCER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:23-cv-36** |
| **v.** | ) | |
| | ) | |
| **MATT McSPARREN,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

Now, this 29th day of September 2025, upon consideration of the Defendants' motion to compel Plaintiff to produce documents and privilege logs, ECF No. [56],

IT IS ORDERED that the motion is GRANTED in part to the extent set forth in the accompanying Memorandum Opinion and is otherwise DENIED.

IT IS FURTHER ORDERED that the parties' joint motion for an extension of time to complete discovery, ECF No. [61], is GRANTED, and an amended case management order shall issue following a telephonic status conference, which will be scheduled in a separate order.

Susan Paradise Baxter
United States District Judge

1