IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randy J. Spencer, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township Of Cranberry, and Eric Heil, | : | No. 1:23-cv-00036 |
|     Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Frank J. Lavery, Jr., Esquire, on behalf of Defendants, Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil, relative to the above-referenced matter.

    Respectfully submitted,

    Lavery Law

Dated: 11/5/25

*/s/Andrew W. Norfleet*
Andrew W. Norfleet, Esquire
Attorney No. PA 83894
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
anorfleet@laverylaw.com
*Attorney for Defendants Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry, and Eric Heil*

## **CERTIFICATE OF SERVICE**

I, Kelly M. Mazer, do hereby certify that on the 5th day of November, 2025, I served a true and correct copy of the foregoing Withdrawal of Appearance via the Court's ECF System on all attorneys of record.


Date: *11/5/25*                                         */s/ Kelly M. Mazer*
                                                                Kelly M. Mazer, Pa. C.P.
                                                                Paralegal to Andrew W. Norfleet