IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| RANDY J. SPENCER, | : | Docket No. 1:23-cv-00036-SPB |
| | : | |
| Plaintiff, | : | *Electronically Filed* |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Withdraw Attorney Appearance, IT IS HEREBY ORDERED AND DECREED, that the appearance of Frank J. Lavery, Jr., Esquire is hereby withdrawn.

                                                                                               _____

                                                                                                       J.