IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY J. SPENCER,<br>    Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, and REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY<br>    Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

NOW COMES the Plaintiff, Randy J. Spencer and Defendants Matt McSparren, Bob Betzold, Fred Buckholz, Regina Deloe, Township of Cranberry, and Eric Heil file this Joint Motion to Extend Case Management Deadlines, respectfully representing:

1. On October 9, 2025, this Honorable Court entered a text Order extending the Case Management Deadlines as follows:

   | | |
   |---|---|
   | Discovery Deadline | December 31, 2025 |
   | Rule 56 Motions | January 30, 2026 |
   | Response in Opposition | February 27, 2026 |
   | Replies by Movant | March 13, 2026 |

2. Plaintiff and Defendant are requesting an extension of the current discovery deadline until March 31, 2026 for the reasons explained herein.

3. Lavery Law's founding partner, Frank Lavery, passed away suddenly.

4. Lavery Law has made the difficult decision to close the firm on December 31, 2025.

5. Attorney Norfleet will be transitioning to a new firm on January 5, 2026.

6.    Attorney Lavery was lead trial counsel in *King v. Kappa Sigma Fraternity*, et al. - CCP, Luzerne County, No: 2021-01858.

7.    Attorney Norfleet is one of two attorneys of record from Lavery Law.

8.    On December 16, 2025, Judge Gelb denied dispositive motions filed by the remaining defendants.

9.    Jury selection is scheduled for January 9, 2026, with a trial date set for January 12, 2026.

10.   While settlement negotiations with the Plaintiff continue, the remaining defendants have existing cross claims.

11.   In this matter, Plaintiff and the Township of Cranberry are participating in a mediation scheduled for March 5, 2025, to address underlying state claims.

12.   Undersigned counsel are exploring the possibility of the Plaintiff and the Township mediating both the underlying state claims and the claims raised by Plaintiff in this case.

13.   Therefore, the parties are requesting an extension of the current case management deadlines.

14.   The proposed new dates will be:

      Discovery Deadline:         March 5, 2026

      Rule 56 Motions:            April 5, 2026

      Responses in Opposition:    May 4, 2026

      Replies by Movant:          May 18, 2026

15.   Plaintiff and Defendants agree to this Motion.

16.   Neither party will be harmed if the requested extension is granted.

17.  The parties have attached a proposed order.

WHEREFORE, Plaintiff and Defendants respectfully request this Honorable Court grant the requested extension to complete discovery and extend the current Case Management as outlined in the proposed order.

                                                RESPECTFULLY SUBMITTED,

DATE: December 22, 2025                Lavery Law

S/Andrew W. Norfleet, Esquire
Andrew W. Norfleet, Esquire
225 Market Street, Ste. 304
Harrisburg, PA  17101
(717)233-6003 (telephone)
(717)233-7003 (facsimile)
Atty No. PA  83894
anorfleet@laverylaw.com
Attorney for Defendants


McNair Law Office, PLLC


S/Timothy D. McNair, Esquire
Timothy D. McNair, Esquire
821 State Street
Erie, PA  16501
(814)452-0700 (telephone)
(814)4542371 (facsimile)
Atty. No. PA  34304
tmcnair@mcnairlaw.com
Attorney for Plaintiff Randy J. Spencer

.