IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY J. SPENCER,<br>    Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, and REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY<br>    Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 7th day of January, 2026, upon consideration of the Joint Motion to Extend Case Management Deadlines, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended as follows:

Discovery Deadline:         March 5, 2026

Rule 56 Motions:            April 5, 2026

Responses in Opposition:    May 4, 2026

Replies by Movant:          May 18, 2026

Defense counsel shall notify the Court in the event Defendants contemplate the need to retain an expert in the area of municipal policies and procedures.

BY THE COURT,

_Susan Paradise Baxter_
                                                    J.