IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>   Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, and REGINA DELOE, ERIC HEIL, and TOWNSHIP OF CRANBERRY<br>   Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## CONSENT MOTION FOR AMENDMENT OF FILING SCHEDULES

This is a case under 42 U.S.C. § 1983 seeking compensation for alleged violation of the Plaintiff's Equal Protection rights and for retaliation in violation of Plaintiff's First Amendment rights.

1. On January 7, 2026, this Court ruled upon the Joint Motion to Extend Case Management Deadlines setting a discovery deadline of March 5, 2026 (ECF Doc. 77).

2. Plaintiff, Randy Spencer, is engaged in several litigation cases with Cranberry Township currently pending in the Venango County Court of Common Pleas.

3. Cranberry Township and Mr. Spencer have agreed to engage in Mediation in an effort to resolve those claims; substantial progress has been made and there is cause for optimism that those cases may be concluded.

4. The Defendants herein, including Cranberry Township and the individual Defendants, as well as Plaintiff, Randy J. Spencer, desire to attempt to mediate a resolution to this case as well, resulting in a global settlement and conclusion of the

decades of litigation between Mr. Spencer and the Township for once and for all.

5. The Mediation has been scheduled for March 5, 2026, before the Honorable Robert G. Yeatts, Senior Judge. A copy of Judge Yeatts Order scheduling the Mediation is attached as Exhibit 1.

6. Depositions have been tentatively scheduled, but the Parties would prefer to postpone the depositions and mediate a resolution.

7. In the event that the Mediation is not successful, it is anticipated that the depositions can be concluded within the succeeding four weeks, in not earlier.

8. This would necessitate an extension of the discovery deadline of March 5, 2026 to April 2, 2026 and extension of the deadline for Rule 56 Motions from April 6, 2026 to May 4, 2026, with the deadline for responses extended from May 4, 2026 to June 1, 2026 with Movant's reply extended from May 18, 2026 to June 15, 2026. Upon completion, a post-discovery status conference would be scheduled.

9. Given the desire of the Parties to achieve an amicable resolution of this litigation, the Parties submit that it would be in the interests of justice and judicial economy to extend the deadlines to permit the Parties to engage in Mediation without undergoing the time and expense of further depositions.

WHEREFORE, Plaintiff respectfully moves this Honorable Court for an Order extending the Case Management Deadlines as set forth above.

                                                               RESPECTFULLY SUBMITTED,

DATE:     February 19, 2026          McNair Law Office, PLLC

                                                               <u>/s/ Timothy D. McNair, Esquire</u>
                                                               Timothy D. McNair, Esquire
                                                               821 State Street
                                                               Erie, PA  16501
                                                               (814)452-0700 (telephone)
                                                               (814)4542371 (facsimile)
                                                               Atty. No. PA  34304
                                                               tmcnair@mcnairlaw.com
                                                               Attorney for Plaintiff Randy J. Spencer


                                                               Marshall Dennehey

                                                               <u>/s/ Andrew W. Norfleet, Esquire</u>
                                                               Andrew W. Norfleet, Esquire
                                                               Attorney Bar No. 83894
                                                               200 Corporate Center Drive, Suite 300
                                                               Camp Hill, PA 17011
                                                               awnorfleet@MDWCG.com
                                                               (717) 651-3500