| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS OF |
|---|---|
| | : VENANGO COUNTY, PENNSYLVANIA |
| VS. | : CIVIL DIVISION |
| | : |
| RANDY J. SPENCER | : CIV. NO. 850-2021 |
| | : CIV. NO. 849-2021 |
| | : CIV. NO. 848-2021 |
| | : CIV. NO. 1092-2019 |

## ORDER OF COURT

AND NOW, this 18th day of December, 2025, this matter comes before the Court for a Status Conference. Counsel for the Plaintiff appeared via teleconference. Counsel for the Defendant appeared in person. The parties have attempted to resolve their differences. However, this matter is not resolved at this time.

Therefore, it is the Order of Court as follows:

1. The parties and counsel for the parties shall use their best efforts to reach an agreement on all issues in this case;

2. The sheriff's sales scheduled at <u>CIV. NO. 848-2021</u>, <u>CIV. NO. 849-2021</u>, and <u>CIV. NO. 850-2021</u> on January 21st, 2026, shall be continued to April 15th, 2026;

3. This Court's previous orders at <u>CIV. NO. 1092-2019</u> shall be amended such that the deadline for remediation shall be March 6th, 2026;

4. If the parties finalize an agreement and should need a Court Order, they may present such order to any Venango County Court of Common Pleas Judge; and,

5. If this matter is not resolved, the parties shall meet with the Court for **Mediation on March 5th, 2026, at 10:00 A.M., at the Venango County Courthouse.** An entire day shall

**EXHIBIT 1**

be allocated for this matter.

BY THE COURT,

_____
ROBERT G. YEATTS, SENIOR JUDGE
SPECIALLY PRESIDING

Court Recorder: TM
CC: Daniel Conlon, Esquire
    Michael Hadley, Esquire
    Timothy McNair, Esquire
    Richard Winkler, Esquire
    Sheriff's Office
    District Court Administrator
    Assistant Court Administrator