IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| RANDY J. SPENCER,<br>　　Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD,<br>FRED BUCKHOLTZ, and REGINA<br>DELOE, ERIC HEIL, and TOWNSHIP<br>OF CRANBERRY<br>　　Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, to-wit this _____ day of February, 2026, upon consideration of Consent Motion for Amendment of Filing Deadlines, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended twenty-eight (28) days as follows:

| | |
|---|---|
| Fact Discovery: | April 2, 2026 |
| Rule 56 Motions: | May 4, 2026 |
| Responses in Opposition: | June 1, 2026 |
| Replies by Movant: | June 15, 2026 |

BY THE COURT,

_____

Susan Paradise Baxter, J. J.