**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RANDY J. SPENCER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 1:23-cv-00036 |
| | ) | |
| v. | ) | |
| | ) | US District Judge Susan Paradise Baxter |
| MATT McSPARREN, BOB BETZOLD, | ) | |
| FRED BUCKHOLTZ, REGINA DELOE, | ) | |
| TOWNSHIP OF CRANBERRY and ERIC | ) | **ELECTRONICALLY FILED** |
| HEIL, | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

KINDLY enter the appearance of MARSHALL DENNEHEY, P.C. and KYLE T. McGEE, ESQUIRE as counsel on behalf of Defendants, MATT McSPARREN, BOB BETZOLD, FRED BUCKHOLTZ, REGINA DELOE, TOWNSHIP OF CRANBERRY and ERIC HEIL, with regard to the above captioned matter.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY:   s/ *Kyle T. McGee*
  KYLE T. McGEE, ESQUIRE
  PA ID #205661
  **Counsel for Defendants, Matt McSparren, Bob Betzold, Fred Buckholtz, Regina Deloe, Township of Cranberry and Eric Heil**
  Union Trust Building, Suite 700
  501 Grant Street
  Pittsburgh, PA 15219
  (412) 803-2444
  (412) 803-1188/fax
  KTMcgee@mdwcg.com

LEGAL/174759729.1