IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| RANDY J. SPENCER, | : | Docket No. 1:23-cv-00036-SPB |
| Plaintiff | : | |
| | : | *Electronically Filed* |
| v. | : | |
| | : | |
| | : | |
| MATT MCSPARREN, BOB BETZOLD, | : | |
| FRED BUCKHOLTZ, and REGINA | : | |
| DELOE, ERIC HEIL, and TOWNSHIP | : | |
| OF CRANBERRY | : | **JURY TRIAL DEMANDED** |
| Defendants | | |

## STIPULATION FOR DISMISSAL

NOW COME the parties hereto, by counsel undersigned, and stipulate to the

dismissal of this case with prejudice.


Respectfully submitted,



Marshall Dennehey                                   McNair Law Offices, PLLC

*/s/ Kyle T. McGee, Esquire*                     */s/ Timothy D. McNair, Esquire*
Kyle T. McGee, Esquire                             Timothy D. McNair, Esquire
Attorney Bar No. 205661                           821 State Street
Union Trust Building                                  Erie, PA 16501
501 Grant St., Suite 700                           (814)452-0700 (telephone)
Pittsburgh, PA 15219                                (814)4542371 (facsimile)
(412) 803-2444 (telephone)                      Atty. No. PA 34304
(412) 803-1188 (facsimile)                        tmcnair@mcnairlaw.com