IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |  |
|---|---|---|
| RANDY J. SPENCER,<br>    Plaintiff | : | Docket No. 1:23-cv-00036-SPB |
|  | : |  |
| v. | : | *Electronically Filed* |
|  | : |  |
| MATT MCSPARREN, BOB BETZOLD,<br>FRED BUCKHOLTZ, and REGINA<br>DELOE, ERIC HEIL, and TOWNSHIP<br>OF CRANBERRY<br>    Defendants | : | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this _____ day of April, 2026, upon consideration of the foregoing

STIPULATION FOR DISMISSAL, it is ORDERED that the above-captioned case is

DISMISSED WITH PREJUDICE.


BY THE COURT:


_____
Susan Paradise Baxter, U.S.D.J.