IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |
|---|---|
| RANDY J. SPENCER,<br>Plaintiff<br><br>v.<br><br>MATT MCSPARREN, BOB BETZOLD,<br>FRED BUCKHOLTZ, and REGINA<br>DELOE, ERIC HEIL, and TOWNSHIP<br>OF CRANBERRY<br>Defendants | Docket No. 1:23-cv-00036-SPB<br><br>*Electronically Filed*<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 16th day of April, 2026, upon consideration of the foregoing

STIPULATION FOR DISMISSAL, it is ORDERED that the above-captioned case is

DISMISSED WITH PREJUDICE.

BY THE COURT:

Susan Paradise Baxter, U.S.D.J.